IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HOWARD HALEY,

    Plaintiff,

vs.

ANTHONY HAYNES; DEBORAH
FORSYTH; ROBERT COUSSON;
LISA OGNILLA; FEDERAL PRISON
INDUSTRIES; HARLEY LAPPIN;
and FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV210-122

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss filed on December 15, 2011, (Doc. 19), is **dismissed**.

**SO ORDERED**, this 23 day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)