Howard Haley #12029-007
Fed. Corr. Inst.
2680 Hwy. 301 South
Jesup, GA 31599

8-17-11

U.S. So. Disc. Court
P.O. Box 1636
Brunswick, GA 31521

Dear Clerk:

I am an Inmate here at Jesup Fed. Corr. Inst. I have a case in Court which I'm paying a "Filing Fee". Would you let me know how much have been paid and what the balance is? The Case Number: Civil Action No. CV 210-122
Thank You.

Sincerely Yours,
Howard Haley

P.S.
Court Order dated Aug. 16, 2010

⇔12029-007⇔
　　Howard Haley
　　Fed. Corr. Institution
　　2680 Hwy. 301 South
　　Jesup, GA - 31599 - 5645
　　United States



⇔12029-007⇔
　　U S Distr Court
　　Clerk Div. 2
　　PO BOX 1636
　　Brunswick, GA 31521
　　United States